**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., | : | Case No. 01-01139(JKF) (Jointly Administered) |
| Debtors, | : | |
| | | Re: Docket No. 15307 |

### NOTICE OF APPEAL

The State of New Jersey, Department of Environmental Protection ("Department" or "State") hereby appeals under 28 U.S.C. §158(a) from the Order (Doc. No. 16467) of the Bankruptcy Court (Honorable Judith K. Fitzgerald, U.S.B.J.) denying the Motion of the State to file a late proof of claim, entered on August 2, 2007.

The names of all parties to the Order appealed from and the names and addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant**
**State of New Jersey, Department of Environmental Protection**
**Rachel Jeanne Lehr, Esquire**
**Deputy Attorney General**
Richard J. Hughes Justice Complex
25 Market Street
Post Office Box 093
Trenton, New Jersey 08625-0093
Tel:(609)984-6640
Fax (609)984-9315

**John F. Dickinson, Jr., Esquire**
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street

Post Office Box 093
Trenton, New Jersey 08625-0093
Tel:(609)984-4654
Fax (609)984-9315

**Debtors/Appellees**

**David M. Bernick, P.C.**
**Janet S. Baer, Esquire**
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago Illinois 60601
Tel: (302)861-2000

**Lori Sinanyan, Esquire**
KIRKLAND & ELLIS, LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017
Tel:(213) 680-8209
Fax: (213)808-8004

**Laura Davis Jones, Esquire**
**James E. O'Neill, Esquire**
**Timothy P. Cairns, Esquire**
PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100


        ANNE MILGRAM
        ATTORNEY GENERAL OF NEW JERSEY


    By: /S/ *Rachel Jeanne Lehr*

        Rachel Jeanne Lehr
        Deputy Attorney General
        Richard J. Hughes Justice Complex
        25 Market Street
        Post Office Box 093
        Trenton, New Jersey 08625-0093
        Tel:(609)984-6640
        Attorney for Appellant


Dated: August 10, 2007

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 15307 + 16443 |
| | ) | 7/23/07 Agenda Item No. 8 |

### ORDER DENYING MOTION OF THE STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, FOR LEAVE TO FILE A LATE PROOF OF CLAIM

This matter having been opened to the Court by Stuart Rabner, Attorney General of New Jersey, by Rachel Jeanne Lehr, Deputy Attorney General appearing, attorney for movant State of New Jersey, Department of Environmental Protection ("Department" or "State"); the Court having reviewed the State's motion, the Debtors' objection, the State's response brief, and the joinder of the Official Committee of Unsecured Creditors, and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the July 23, 2007 hearing, the State's motion is denied.

Dated: Aug. 2, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:129550.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: _____  ○ BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
      Docket Number: _____   Date Entered: _____

Item Transmitted:  ○ Notice of Appeal              ○ Motion for Leave to Appeal
                  ○ Amended Notice of Appeal   ○ Cross Appeal
                  Docket Number: _____        Date Filed: _____

*Appellant/Cross Appellant:                           *Appellee/Cross Appellee
_____            _____
Counsel for Appellant:                                Counsel for Appellee:
_____            _____
_____            _____
_____            _____
_____            _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____          By: _____
Date                                   Deputy Clerk

_____
                                              FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06