IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re W.R. Grace & Company, et al. ) | |
| ) | Civil Action No. 07-536 |
| State of New Jersey, Department of ) | |
| Environmental Protection, ) | |
| Appellant, ) | |
| v. ) | Bankruptcy Case No. 01-01139 |
| ) | Appeal Number 07-86 |
| W. R. Grace & Co., ) | |
| Appellee. ) | |
| ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rachel Jeanne Lehr, Deputy Attorney General to represent the State of New Jersey, Department of Environmental Protection in this matter.

Signed: _____
Stuart B. Drowos
Deputy Attorney General
Delaware State Bar Code No.
Division of Revenue, Department of Finance
Carvel State Building
820 North French Street, 8th Floor
Wilmington, Delaware 19801

Date: 10/3/07                Attorney for the State of Delaware

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                _____
                                    United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, And pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court fundeffective 1/1/05, I further certify that the annual fee of $25.00 Payable To the Clerk of Court, if not paid previously, will be submitted To the Clerk's Office upon the filing of this motion.

Date: October 3, 1007            Signed: *[signature]*
                                 Rachel Jeanne Lehr
                                 Deputy Attorney General
                                 Richard J. Hughes Justice Complex
                                 25 Market Street, PO Box 093
                                 Trenton, New Jersey 08625-0093