IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re W.R. Grace & Company, et al. ) | |
| ) | Civil Action No. 07-536 |
| State of New Jersey, Department of ) | |
| Environmental Protection, ) | |
| Appellant, ) | |
| v. ) | Bankruptcy Case No. 01-01139 |
| ) | Appeal Number 07-86 |
| W. R. Grace & Co., ) | |
| Appellee. ) | |
| ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rachel Jeanne Lehr, Deputy Attorney General to represent the State of New Jersey, Department of Environmental Protection in this matter.

Signed: _____
Stuart B. Drowos   Bar ID # 427
Deputy Attorney General
Delaware State Bar Code No.
Division of Revenue, Department of Finance
Carvel State Building
820 North French Street, 8th Floor
Wilmington, Delaware 19801

Date: 10/3/07        Attorney for the State of Delaware

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 10/9/07        _____
United States District Judge