IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re W.R. Grace & Company, et al. ) | |
| ) | Civil Action No. 07-536 |
| State of New Jersey, Department of ) | |
| Environmental Protection, ) | |
| Appellant, ) | |
| v. ) | Bankruptcy Case No. 01-01139 |
| ) | Appeal Number 07-86 |
| W. R. Grace & Co., ) | |
| Appellee. ) | |
| ) | |

**ORDER ENLARGING THE TIME TO FILE APPELLATE BRIEFS**

This matter having come before the Court on motion by Anne Milgram, Attorney General of New Jersey, by Rachel Jeanne Lehr, Deputy Attorney General appearing, on behalf of Appellant, State of New Jersey, New Jersey Department of Environmental Protection, and the Court having reviewed the State's motion;

IT IS on this 23 day of October 2007;

**ORDERED** that the time that the Appellant's brief is due shall be November 6, 2007; and

**IT IS FURTHER ORDERED** that the Appellee's Response Brief and the Appellant's Reply Brief will proceed according to the Rules;

**IT IS FURTHER ORDERED** that within 5 days of this date, the Appellant's attorney shall serve Appellee's attorney with a true and correct copy of this Order.

Honorable Ronald L. Buckwalter, U.S.D.J.