# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re W.R. Grace & Company, et al. ) | |
| ) | Civil Action No. 07-536 |
| State of New Jersey, Department of ) | |
| Environmental Protection, ) | |
| Appellant, ) | |
| v. ) | Bankruptcy Case No. 01-01139 |
| ) | Appeal Number 07-86 |
| W. R. Grace & Co., ) | |
| Appellee. ) | |
| ) | |

## CERTIFICATION OF SERVICE

I, **RACHEL JEANNE LEHR**, being of full age, declare as follows:

1. I am a Deputy Attorney General employed by the State of New Jersey, Department of Law and Public Safety, Division of Law.

2. On November 2, 2007, I caused to be mailed by overnight mail the Brief of Appellant, State of New Jersey, Department of Environmental Protection, Volume I, Volume II and Volume III of the Appendix, and the within Certification of Service to:

> Clerk of the Court
> US District Court for the District of Delaware
> Lock Box 18
> 844 North King Street
> Wilmington, Delaware 19801

3. On November 2, 2007, I caused to be mailed by overnight mail the Brief of Appellant, State of New Jersey, Department of Environmental Protection, Volume I, Volume II and Volume III of the Appendix, and the within Certification of Service to:

> Janet S. Baer, Esquire
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, Illinois 60601

James E. O' Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Anthony J. Marchetta, Esquire
Day Pitney, LLC
200 Campus Drive
Florham Park, New Jersey 07932

I declare under penalty of perjury that the foregoing is true and correct.

Rachel Jeanne Lehr
Deputy Attorney General

Dated: November 2, 2007