IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____

| | |
|---|---|
| **In re W.R. Grace & Company, et al.** : | |
| : | Civil Action No.: 07-536 |
| **State of New Jersey, Department of** : | |
| **Environmental Protection,** : | **On Appeal from a Final** |
| : | **Decision of the United** |
| : | **States Bankruptcy Court** |
| : | **District of Delaware** |
| : | **Honorable Judith K.** |
| : | **Fitzgerald** |
| Appellants, : | |
| : | Bankruptcy Case No.: 01-: |
| : | 01139 |
| v. : | Appeal Number 07-86 |
| **W.R. GRACE & CO.,** : | |
| : | |
| Appellees. : | |

_____

_____

**NOTICE OF PAPER FILING**
_____


1.  I, Stuart B. Drowos, Deputy Attorney General for the State of Delaware, am local counsel for Appellant State of New Jersey, Department of Environmental Protection.

2.  On or about November 5, 2007 I caused hard copies to be filed of the three Appendices (Volumes I through III inclusive) due to the voluminous nature in support of the Appellant's brief in the above captioned matter [D.I. 9].

**3.**  I further certify that hard copies of the Brief and accompanying Appendices have been sent via overnight mail to opposing counsel.

**4.**  Finally, I certify that courtesy copies of the above-mentioned pleadings were mailed via first class mail together with the copy of this Notice of Filing Paper Documents to the following:

The Honorable Ronald L. Buckwalter
c/o Room 14614
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106-1724

Dated:  November 5, 2007        **STATE OF DELAWARE**
                                **DEPARTMENT OF JUSTICE**

                                _____/s/___Stuart B. Drowos____
                                Stuart B. Drowos, (Atty. ID No: 427)
                                Deputy Attorney General
                                Carvel Building
                                820 North French Street, 6th Floor
                                Wilmington, DE  19801
                                (302) 577-8400