## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re W.R. Grace & Company, et al.    )
                                 )    Civil Action No. 07-536

State of New Jersey, Department of    )
     Environmental Protection,    )
          Appellant,    )
           v.    )    Bankruptcy Case No. 01-01139
                                 )    Appeal Number 07-86
W. R. Grace & Co.,    )
          Appellee.    )
                                 )

## CERTIFICATION OF SERVICE

I, **RACHEL JEANNE LEHR**, being of full age, declare as follows:

1.      I am a deputy attorney general employed by the State of New Jersey, Department of Law and Public Safety, Division of Law.

2.      On December 11, I caused to be mailed by overnight mail the Reply Brief of Appellant, State of New Jersey, Department of Environmental Protection and this Certification of Service to:

         Janet S. Baer, Esquire
         Kirkland & Ellis
         200 East Randolph Drive
         Chicago, Illinois 60601

         James E. O' Neill, Esquire
         Pachulski, Stang, Ziehl, Young,
         Jones & Weintraub, P.C.
         919 North Market Street, 16th Floor
         P.O. Box 8705
         Wilmington, Delaware 19899-8705

         Anthony J. Marchetta, Esquire
         Day Pitney, LLC
         200 Campus Drive
         Florham Park, New Jersey 07932

I declare under penalty of perjury that the foregoing is true and correct.


Rachel Jeanne Lehr
Deputy Attorney General

Dated: December 11, 2007