IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re W.R. Grace & Company, et al. :

| | |
|---|---|
| State of New Jersey, Department Of Environmental Protection, | : Civil Action No. 07-536 |
| Appellants, | : On Appeal from a Final Decision of the United |
| v. | : States District Court District of Delaware |
| | : Hon. Ronald L. Buckwalter, S. J. |
| W.R. GRACE & CO., | |
| Appellees. | : Bankruptcy Case No. 01-01139 Appeal Number 07-86 |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

The State of New Jersey, Department of Environmental Protection ("State" or "Department"), appeals to the United States Court of Appeals for the Third Circuit from the final order of the District Court for the District of Delaware, entered in this case on March 13, 2008, denying the State's Motion to File a Late Proof of Claim.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Appellant**
**State of New Jersey, Department of Environmental Protection**
**Rachel Jeanne Lehr, Esquire**
**Deputy Attorney General**
Richard J. Hughes Justice Complex
25 Market Street
Post Office Box 093
Trenton, New Jersey 08625-0093
Tel:(609)984-6640
Fax (609)984-9315

**John F. Dickinson, Jr., Esquire**
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Post Office Box 093
Trenton, New Jersey 08625-0093
Tel:(609)984-4654
Fax (609)984-9315

Local Counsel

/S/ Stuart B. Drowos
Stuart B. Drowos (Bar 427)
Deputy Attorney General
Division of Revenue
Department of Finance
Carvel State Building
820 North French Street, 8th Floor
Wilmington, Delaware 19801


Local Counsel for State of New Jersey



**Debtors/Appellees**

**David M. Bernick, P.C.**
**Janet S. Baer, Esquire**
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago Illinois 60601
Tel: (302)861-2000

**Lori Sinanyan, Esquire**
KIRKLAND & ELLIS, LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, California 90017
Tel:(213) 680-8209
Fax: (213)808-8004

**Laura Davis Jones, Esquire**
**James E. O'Neill, Esquire**
**Timothy P. Cairns, Esquire**
PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100

```
                    ANNE MILGRAM
                    ATTORNEY GENERAL OF NEW JERSEY


            By: /S/ Rachel Jeanne Lehr
                Rachel Jeanne Lehr
                Deputy Attorney General


Dated: April 9, 2008


            Dated: _____


            Signed:_____
                    *Attorney for Appellant*


            Address:  _____
                      _____
```